# Exhibit D

Exhibit D

SC-FRBNCT

# PRIVATELY INSURED LOAN

Repayment Option Form

BORROWER ACCOUNT NUMBER [redacted]1915

BORROWER NAME JANELLE DITCHING

ADDRESS [redacted]

CITY Seattle STATE WA ZIP CODE 98117

TELEPHONE NUMBER ([redacted] - 5255

ALTERNATE TELEPHONE NUMBER ( ) -

WORK TELEPHONE NUMBER ( ) -

EMAIL ADDRESS jea992003@yahoo.com

**Section 1:**

If your financial situation is making it hard to make timely payments on your education loan(s), you may want to consider a MODIFIED GRADUATED REPAYMENT SCHEDULE (MGRS). This schedule offers:

- 12 months of payments at 50% of the regular monthly principal and interest payment amount.
- 12 months of interest only payments equaling 31 days of interest.
- A return to full principal and interest payments for the balance of your loan period.

These payments may be higher than your previous monthly payments due to the 24 months of reduced payments listed above.

____ Yes, I would like to apply for the MGRS (If you are applying for the MGRS, you may skip Section 2 and go to section 3.

X No, I am unable to make at least 50% of my regular monthly payment for the following reasons: Divorce due to financial ABUSE, & unemployed

**Section 2:**

If your financial difficulties prevent you from making timely payments under a Modified Graduated Repayment Schedule (MGRS) on your Privately Insured loan(s), you may be eligible for a Forbearance. Forbearance is granted at the owner's discretion for a few months as an alternative to regular monthly payments. The Forbearance is normally granted in increments of one to three months, with a maximum of twelve months during the life of the loan. The Forbearance period may be backdated to cover periods of delinquency, if any exist. However, any negative reports that were submitted to credit bureaus will not be removed if the Forbearance is granted retroactively.

X Yes, I hereby request a Forbearance for all of my eligible Privately Insured loan(s). If the Forbearance is being requested for specific loans, please list the first disbursement dates of each: ANY that qualify

Number of months you are requesting Forbearance: 6 months

**Section 3:**

You must continue making your regular monthly payments until the Forbearance or MGRS has been approved. You will receive written notice of the approval or denial of this request, after it has been processed.

I certify that I am unable to make payments according to the present terms of my loan(s). I understand that accrued and unpaid interest will be capitalized at the expiration of the MGRS or Forbearance period, and included in a new repayment schedule. This new repayment schedule will decrease my repayment period and increase my monthly payment amount.

I understand this request and all supporting documentation will remain the property of the lender, and/or its agent. The owner reserves the right to obtain a copy of my credit report. Additional debt incurred or preferential payments to other creditors could result in the denial or termination of my forbearance request. I understand that should my situation under which I applied for Forbearance change, I must immediately notify AES Graduate and Professional Services. The above information is true and correct to the best of my knowledge. I understand that misrepresentation may lead to the denial of my request. I have read and understand and agree to the terms of this request. If I selected MGRS, I understand that I have agreed to amend the repayment terms of the original promissory note for my Privately Insured loan(s).

Borrower Signature [signature] Date 08/14/2011

* SELECT EITHER MGRS OR ECONOMIC HARDSHIP FORBEARANCE, BUT NOT BOTH *

** ALL ITEMS MUST BE COMPLETED OR INDICATE "N/A". ANY INCOMPLETE ITEM WILL BE CAUSE FOR DENIAL. **

---

**THIS SECTION MUST BE COMPLETED FOR ACCOUNTS WITH CO-BORROWERS!**

1st CO-BORROWER Pauline Ditching TELEPHONE NUMBER ( [redacted] 2104

ACCOUNT NUMBER [redacted] 71915 ALTERNATE PHONE NUMBER ( )

ADDRESS [redacted] EMPLOYER NAME N/A

CITY Poulsbo STATE WA ZIP 98370 EMPLOYER TELEPHONE NUMBER ( )

EMAIL ADDRESS paulineditching@gmail.com

CO-BORROWER SIGNATURE [signature] DATE Aug 14, 2011

2nd CO-BORROWER ______ TELEPHONE NUMBER ( )

ACCOUNT NUMBER ______ ALTERNATE PHONE NUMBER ( )

ADDRESS ______ EMPLOYER NAME ______

CITY ______ STATE ______ ZIP ______ EMPLOYER TELEPHONE NUMBER ( )

EMAIL ADDRESS ______

CO-BORROWER SIGNATURE ______ DATE ______

**If you have additional co-signers, please be sure to attach their information to the application including their signatures.**

SC-FRBNCT

# PRIVATELY INSURED LOAN

Repayment Option Form

BORROWER ACCOUNT NUMBER [redacted] 1915

BORROWER NAME Janelle Ditching

ADDRESS [redacted]

CITY Seattle [redacted] STATE WA ZIP CODE 98117

TELEPHONE NUMBER ([redacted]) 5255

ALTERNATE TELEPHONE NUMBER (____) ____ - ____

WORK TELEPHONE NUMBER (____) ____ - ____

EMAIL ADDRESS jea972003@yahoo.com

Section 1:

If your financial situation is making it hard to make timely payments on your education loan(s), you may want to consider a MODIFIED GRADUATED REPAYMENT SCHEDULE (MGRS). This schedule offers:

- 12 months of payments at 50% of the regular monthly principal and interest payment amount.
- 12 months of interest only payments equaling 31 days of interest.
- A return to full principal and interest payments for the balance of your loan period.

These payments may be higher than your previous monthly payments due to the 24 months of reduced payments listed above.

____ Yes, I would like to apply for the MGRS (If you are applying for the MGRS, you may skip Section 2 and go to section 3.

X No, I am unable to make at least 50% of my regular monthly payment for the following reasons:

- going thru a divorce because of financial abuse - husband stole all my funds ~~[illegible]~~ - unemployed

Section 2:

If your financial difficulties prevent you from making timely payments under a Modified Graduated Repayment Schedule (MGRS) on your Privately Insured loan(s), you may be eligible for a Forbearance. Forbearance is granted at the owner's discretion for a few months as an alternative to regular monthly payments. The Forbearance is normally granted in increments of one to three months, with a maximum of twelve months during the life of the loan. The Forbearance period may be backdated to cover periods of delinquency, if any exist. However, any negative reports that were submitted to credit bureaus will not be removed if the Forbearance is granted retroactively.

X Yes, I hereby request a Forbearance for all of my eligible Privately Insured loan(s). If the Forbearance is being requested for specific loans, please list the first disbursement dates of each: any

Number of months you are requesting Forbearance: 6 months

Section 3:
You must continue making your regular monthly payments until the Forbearance or MGRS has been approved. You will receive written notice of the approval or denial of this request, after it has been processed.

I certify that I am unable to make payments according to the present terms of my loan(s). I understand that accrued and unpaid interest will be capitalized at the expiration of the MGRS or Forbearance period, and included in a new repayment schedule. This new repayment schedule will decrease my repayment period and increase my monthly payment amount.

I understand this request and all supporting documentation will remain the property of the lender, and/or its agent. The owner reserves the right to obtain a copy of my credit report. Additional debt incurred or preferential payments to other creditors could result in the denial or termination of my forbearance request. I understand that should my situation under which I applied for Forbearance change, I must immediately notify AES Graduate and Professional Services. The above information is true and correct to the best of my knowledge. I understand that misrepresentation may lead to the denial of my request. I have read and understand and agree to the terms of this request. If I selected MGRS, I understand that I have agreed to amend the repayment terms of the original promissory note for my Privately Insured loan(s).

Borrower Signature [signature] Date July 20 2011

* SELECT EITHER MGRS OR ECONOMIC HARDSHIP FORBEARANCE, BUT NOT BOTH *

** ALL ITEMS MUST BE COMPLETED OR INDICATE "N/A". ANY INCOMPLETE ITEM WILL BE CAUSE FOR DENIAL. **

---

THIS SECTION MUST BE COMPLETED FOR ACCOUNTS WITH CO-BORROWERS!

2104

1st CO-BORROWER Pauline Ditching TELEPHONE NUMBER ([redacted]

ACCOUNT NUMBER [redacted] 1915 ALTERNATE PHONE NUMBER (____) ________

ADDRESS [redacted] Blvd EMPLOYER NAME ________

CITY Poulsbo STATE WA ZIP 98370 EMPLOYER TELEPHONE NUMBER (____) ________

EMAIL ADDRESS paulineditching@gmail.com

2nd CO-BORROWER ________ TELEPHONE NUMBER (____) ________

ACCOUNT NUMBER ________ ALTERNATE PHONE NUMBER (____) ________

ADDRESS ________ EMPLOYER NAME ________

CITY ________ STATE ____ ZIP ____ EMPLOYER TELEPHONE NUMBER (____) ________

EMAIL ADDRESS ________

SC-TFBL-PS 08/08

# PRIVATELY INSURED LOAN

Repayment Option Form

BORROWER ACCOUNT NUMBER [redacted]1915

BORROWER NAME JANELLE Z DITCHING

ADDRESS [redacted]

CITY Seattle STATE WA ZIP CODE 98117

TELEPHONE NUMBER [redacted]5255

ALTERNATE TELEPHONE NUMBER (____) ____ - ____

WORK TELEPHONE NUMBER (____) ____ - ____

EMAIL ADDRESS jea992003@yahoo.com

**Section 1:**

If your financial situation is making it hard to make timely payments on your education loan(s), you may want to consider a MODIFIED GRADUATED REPAYMENT SCHEDULE (MGRS). This schedule offers:

- 12 months of payments at 50% of the regular monthly principal and interest payment amount.
- 13 months of interest only payments equaling 31 days of interest.
- A return to full principal and interest payments for the balance of your loan period.

These payments may be higher than your previous monthly payments due to the 24 months of reduced payments listed above.

X Yes, I would like to apply for the MGRS (If you are applying for the MGRS, you may skip Section 2 and go to section 3.

____ No, I am unable to make at least 50% of my regular monthly payment for the following reasons:

**Section 2:**

If your financial difficulties prevent you from making timely payments under a Modified Graduated Repayment Schedule (MGRS) on your Privately Insured loan(s), you may be eligible for a Forbearance. Forbearance is granted at the owner's discretion for a few months as an alternative to regular monthly payments. The Forbearance is normally granted in increments of one to six months, with a maximum of twelve months during the life of the loan. The Forbearance period may be backdated to cover periods of delinquency, if any exist. However, any negative reports that were submitted to credit bureaus will not be removed if the Forbearance is granted retroactively.

____ Yes, I hereby request a Forbearance for all of my eligible Privately Insured loan(s). If the Forbearance is being requested for specific loans, please list the first disbursement dates of each: ____

Number of months you are requesting Forbearance: ____

**Section 3:**
You must continue making your regular monthly payments until the Forbearance or MGRS has been approved. You will receive written notice of the approval or denial of this request, after it has been processed.

I certify that I am unable to make payments according to the present terms of my loan(s). I understand that accrued and unpaid interest will be capitalized at the expiration of the MGRS or Forbearance period, and included in a new repayment schedule. This new repayment schedule will decrease my repayment period and increase my monthly payment amount.

I understand this request and all supporting documentation will remain the property of the lender, and/or its agent. The owner reserves the right to obtain a copy of my credit report. Additional debt incurred or preferential payments to other creditors could result in the denial or termination of my forbearance request. I understand that should my situation under which I applied for Forbearance change, I must immediately notify AES Graduate and Professional Services. The above information is true and correct to the best of my knowledge. I understand that misrepresentation may lead to the denial of my request. I have read and understand and agree to the terms of this request. If I selected MGRS, I understand that I have agreed to extend the repayment terms of the original promissory note for my Privately Insured loan(s).

Borrower Signature: [signature] Date July 22 2011

* SELECT EITHER MGRS OR ECONOMIC HARDSHIP FORBEARANCE, BUT NOT BOTH *

** ALL ITEMS MUST BE COMPLETED OR INDICATE "N/A"; ANY INCOMPLETE ITEM WILL BE CAUSE FOR DENIAL. **

---

THIS SECTION MUST BE COMPLETED FOR ACCOUNTS WITH CO-BORROWERS! 2104

1st CO-BORROWER Pauline Ditching TELEPHONE NUMBER (360) 697-[redacted]
ACCOUNT NUMBER [redacted] 1915 ALTERNATE PHONE NUMBER ( ) /
ADDRESS [redacted] EMPLOYER NAME /
CITY Poulsbo STATE WA ZIP 98370 EMPLOYER TELEPHONE NUMBER ( / )
EMAIL ADDRESS paulineditching@gmail.com

2nd CO-BORROWER ______ TELEPHONE NUMBER ( ) ______
ACCOUNT NUMBER ______ ALTERNATE PHONE NUMBER ( ) ______
ADDRESS ______ EMPLOYER NAME ______
CITY ______ STATE ______ ZIP ______ EMPLOYER TELEPHONE NUMBER ( ) ______
EMAIL ADDRESS ______

SC-TFB1-PS 08/08

# PRIVATELY INSURED LOAN

**Repayment Option Form**

BORROWER ACCOUNT NUMBER [redacted] 1915

BORROWER NAME Janelle Ditching

ADDRESS [redacted]

CITY Seattle STATE WA ZIP CODE 98125

TELEPHONE NUMBER ([redacted] 0840

ALTERNATE TELEPHONE NUMBER (____) ____ - N/A

WORK TELEPHONE NUMBER (____) ____ - N/A

EMAIL ADDRESS jea992003@yahoo.com

**Section 1:**
If your financial situation is making it hard to make timely payments on your education loan(s), you may want to consider a MODIFIED GRADUATED REPAYMENT SCHEDULE (MGRS). This schedule offers:

- 12 months of payments at 50% of the regular monthly principal and interest payment amount.
- 12 months of interest only payments equaling 31 days of interest.
- A return to full principal and interest payments for the balance of your loan period.
  These payments may be higher than your previous monthly payments due to the 24 months of reduced payments listed above.

_____ Yes, I would like to apply for the MGRS (If you are applying for the MGRS, you may skip Section 2 and go to section 3.

No, I am unable to make at least 50% of my regular monthly payment for the following reasons:

**Section 2:**
If your financial difficulties prevent you from making timely payments under a Modified Graduated Repayment Schedule (MGRS) on your Privately Insured loan(s), you may be eligible for a Forbearance. Forbearance is granted at the owner's discretion for a few months as an alternative to regular monthly payments. The Forbearance is normally granted in increments of one to six months, with a maximum of twelve months during the life of the loan. The Forbearance period may be backdated to cover periods of delinquency, if any exist. However, any negative reports that were submitted to credit bureaus will not be removed if the Forbearance is granted retroactively.

X Yes, I hereby request a Forbearance for all of my eligible Privately Insured loan(s). If the Forbearance is being requested for specific loans, please list the first disbursement dates of each: [redacted], 12/22/05, 12/19/06

Number of months you are requesting Forbearance: 1 month

**Section 3:**

You must continue making your regular monthly payments until the Forbearance or MGRS has been approved. You will receive written notice of the approval or denial of this request, after it has been processed.

I certify that I am unable to make payments according to the present terms of my loan(s). I understand that accrued and unpaid interest will be capitalized at the expiration of the MGRS or Forbearance period, and included in a new repayment schedule. This new repayment schedule will decrease my repayment period and increase my monthly payment amount.

I understand this request and all supporting documentation will remain the property of the lender, and/or its agent. The owner reserves the right to obtain a copy of my credit report. Additional debt incurred or preferential payments to other creditors could result in the denial or termination of my forbearance request. I understand that should my situation under which I applied for Forbearance change, I must immediately notify AES Graduate and Professional Services. The above information is true and correct to the best of my knowledge. I understand that misrepresentation may lead to the denial of my request. I have read and understand and agree to the terms of this request. If I selected MGRS, I understand that I have agreed to amend the repayment terms of the original promissory note for my Privately Insured loan(s).

Borrower Signature [signature] Date 08/04/2009

*** SELECT EITHER MGRS OR ECONOMIC HARDSHIP FORBEARANCE, BUT NOT BOTH ***

**** ALL ITEMS MUST BE COMPLETED OR INDICATE "N/A", ANY INCOMPLETE ITEM WILL BE CAUSE FOR DENIAL. ****

---

**THIS SECTION MUST BE COMPLETED FOR ACCOUNTS WITH CO-BORROWERS!**

1st CO-BORROWER Pauline Ditching TELEPHONE NUMBER ([redacted]) [redacted]-2412

ACCOUNT NUMBER [redacted]1915 ALTERNATE PHONE NUMBER ( ) N/A

ADDRESS Theaterpatz[redacted] EMPLOYER NAME N/A

CITY [redacted] ZIP 52062 EMPLOYER TELEPHONE NUMBER ( ) N/A

EMAIL ADDRESS pauline3d@hotmail.com

2nd CO-BORROWER ______ TELEPHONE NUMBER ( ) ______

ACCOUNT NUMBER ______ ALTERNATE PHONE NUMBER ( ) ______

ADDRESS ______ EMPLOYER NAME ______

CITY ______ STATE ______ ZIP ______ EMPLOYER TELEPHONE NUMBER ( ) ______

EMAIL ADDRESS ______

SC-TFB1-PS 08/08

# PRIVATELY INSURED LOAN

**Repayment Option Form**

BORROWER ACCOUNT NUMBER [redacted] 1915

BORROWER NAME Janelle Ditching

ADDRESS [redacted] apt 20

CITY Seattle STATE WA ZIP CODE 98125

TELEPHONE NUMBER ([redacted] 0840

ALTERNATE TELEPHONE NUMBER (____) ____ - N/A

WORK TELEPHONE NUMBER (____) ____ - N/A

EMAIL ADDRESS jea992003@yahoo.com

**Section 1:**

If your financial situation is making it hard to make timely payments on your education loan(s), you may want to consider a MODIFIED GRADUATED REPAYMENT SCHEDULE (MGRS). This schedule offers:

- 12 months of payments at 50% of the regular monthly principal and interest payment amount.
- 12 months of interest only payments equaling 31 days of interest.
- A return to full principal and interest payments for the balance of your loan period.
  These payments may be higher than your previous monthly payments due to the 24 months of reduced payments listed above.

_____ Yes, I would like to apply for the MGRS (If you are applying for the MGRS, you may skip Section 2 and go to section 3.

_____ No, I am unable to make at least 50% of my regular monthly payment for the following reasons:

**Section 2:**

If your financial difficulties prevent you from making timely payments under a Modified Graduated Repayment Schedule (MGRS) on your Privately Insured loan(s), you may be eligible for a Forbearance. Forbearance is granted at the owner's discretion for a few months as an alternative to regular monthly payments. The Forbearance is normally granted in increments of one to six months, with a maximum of twelve months during the life of the loan. The Forbearance period may be backdated to cover periods of delinquency, if any exist. However, any negative reports that were submitted to credit bureaus will not be removed if the Forbearance is granted retroactively.

✓ Yes, I hereby request a Forbearance for all of my eligible Privately Insured loan(s). If the Forbearance is being requested for specific loans, please list the first disbursement dates of each: [redacted] 12/22/05, 12/19/06

Number of months you are requesting Forbearance: 3 months

**Section 3:**
You must continue making your regular monthly payments until the Forbearance or MGRS has been approved. You will receive written notice of the approval or denial of this request, after it has been processed.

I certify that I am unable to make payments according to the present terms of my loan(s). I understand that accrued and unpaid interest will be capitalized at the expiration of the MGRS or Forbearance period, and included in a new repayment schedule. This new repayment schedule will decrease my repayment period and increase my monthly payment amount.

I understand this request and all supporting documentation will remain the property of the lender, and/or its agent. The owner reserves the right to obtain a copy of my credit report. Additional debt incurred or preferential payments to other creditors could result in the denial or termination of my forbearance request. I understand that should my situation under which I applied for Forbearance change, I must immediately notify AES Graduate and Professional Services. The above information is true and correct to the best of my knowledge. I understand that misrepresentation may lead to the denial of my request. I have read and understand and agree to the terms of this request. If I selected MGRS, I understand that I have agreed to amend the repayment terms of the original promissory note for my Privately Insured loan(s).

Borrower Signature [signature] Date May 18, 2009

*** SELECT EITHER MGRS OR ECONOMIC HARDSHIP FORBEARANCE, BUT NOT BOTH ***

**** ALL ITEMS MUST BE COMPLETED OR INDICATE "N/A", ANY INCOMPLETE ITEM WILL BE CAUSE FOR DENIAL. ****

---

**THIS SECTION MUST BE COMPLETED FOR ACCOUNTS WITH CO-BORROWERS!**

1st CO-BORROWER Pauline Ditching TELEPHONE NUMBER [redacted]-2412
ACCOUNT NUMBER [redacted]1915 ALTERNATE PHONE NUMBER ( ) N/A
ADDRESS [redacted]5 EMPLOYER NAME N/A
CITY Brooklyn STATE NY ZIP 11226 EMPLOYER TELEPHONE NUMBER ( ) N/A
EMAIL ADDRESS pauline8d@hotmail.com

2nd CO-BORROWER ______ TELEPHONE NUMBER ( ) ______
ACCOUNT NUMBER ______ ALTERNATE PHONE NUMBER ( ) ______
ADDRESS ______ EMPLOYER NAME ______
CITY ______ STATE ______ ZIP ______ EMPLOYER TELEPHONE NUMBER ( ) ______
EMAIL ADDRESS ______

September 15, 2008

Dear Sir of Madame:

I am requesting 12 month forbearance on my student loan first dispersed on 12/21/04 account number 3159071915. Currently I am unemployed and am supported by my husband and family while I work to get my first bachelors degree. I have only a few semesters before I graduate and will be looking for stable employment. I fully intend to make regular payments once I am financially able. Thank you for your time and I look forward to your consideration.

Sincerely, Janelle Z. Ditching

Janelle Z. Ditching

SC-TFB1-PS 05/05

# THE EDUCATION RESOURCES INSTITUTE

**Alternative Repayment Option Form**

**BORROWER ACCOUNT NUMBER** ______1915.
**BORROWER NAME** Janelle Z. D[illegible]
**ADDRESS** ______
**CITY** Seattle **STATE** WA **ZIP CODE** 98125
**TELEPHONE NUMBER** ( ) 0840
**ALTERNATE TELEPHONE NUMBER** ( ) 8073
**WORK TELEPHONE NUMBER** (___) ____-____ N/A
**EMAIL ADDRESS** jca992003@yahoo.com

**Section 1:**
If your financial situation is making it hard to make timely payments on your TERI guaranteed education loan(s), you may want to consider a MODIFIED GRADUATED REPAYMENT SCHEDULE (MGRS). This schedule offers:

- 12 months of payments at 50% of the regular monthly principal and interest payment amount.
- 12 months of interest only payments equaling 31 days of interest.
- A return to full principal and interest payments for the balance of your loan period. These payments may be higher than your previous monthly payments due to the 24 months of reduced payments listed above.

____ Yes, I would like to apply for the MGRS (If you are applying for the MGRS, you may skip Section 2 and go to section 3.

X No, I am unable to make at least 50% of my regular monthly payment for the following reasons: I am currently unemployed and am still attending school to obtain my bachelors degree I need more time to start making regular payments.

**Section 2:**
If your financial difficulties prevent you from making timely payments under a Modified Graduated Repayment Schedule (MGRS) on your TERI guaranteed loan(s), you may be eligible for a Forbearance. Forbearance is granted at the owner's discretion for a few months as an alternative to regular monthly payments. The Forbearance is normally granted in increments of one to six months, with a maximum of twelve months during the life of the loan. The Forbearance period may be backdated to cover periods of delinquency, if any exist. However, any negative reports that were submitted to credit bureaus will not be removed if the Forbearance is granted retroactively.

X Yes, I hereby request a Forbearance for all of my private loans guaranteed by The Educational Resources Institute (TERI). If the Forbearance is being requested for specific loans, please list the first disbursement dates of each: 12/21/04

Number of months you are requesting Forbearance: 12 months

SC-TFB2-PS 12/04

# DETAILED LIST OF REVENUE AND EXPENSE

| | TYPE OF MONTHLY INCOME | AMOUNT |
|---|---|---|
| 1 | Net Employment Income | 0 |
| 2 | Net Self-Employment | 0 |
| 3 | Investments (interest, dividends, rental income, etc) | 0 |
| 4 | Non-Taxable Income | 0 |
| 5 | Other: | 0 |
| 6 | **Total (add items 1 through 5)** | 0 |

| | TYPE OF MONTHLY EXPENSE | AMOUNT |
|---|---|---|
| 1 | Rent/Mortgage, Homeowner/Condominium Fees | 765.00 |
| 2 | Food | 200.00 |
| 3 | Utilities | 200.00 |
| 4 | Household Expenses | — |
| 5 | Clothing | — |
| 6 | Medical/Dental (non-reimbursable) | — |
| 7 | Insurance Premiums | — |
| 8 | Automobile Loan Payments | — |
| 9 | Transportation Expenses | — |
| 10 | Student Loan Payments | — |
| | Name of Creditor: Capital One — Monthly Payments: 59 $ | |
| | **Total (for item 10.)** (if additional space is needed, please attach a separate sheet of paper) | 59.00 |
| 11 | Credit Card Payments | |
| | Name of Creditor — Monthly Payments | |
| | **Total (for item 11.)** (if additional space is needed, please attach a separate sheet of paper) | |
| 12 | Other Ordinary and Necessary Living Expenses | — |
| 13 | **TOTAL (for items 1. through 12.)** | 1,224 |

**Please return completed form to:**
**AES ▪ P.O. Box 2461 ▪ Harrisburg, PA 17105-2461**
**Fax:**
**717-720-2774 or 717-720-3931**

**Section 3:**
You must continue making your regular monthly payments until the Forbearance or MGRS has been approved. You will receive written notice of the approval or denial of this request, after it has been processed.

I certify that I am unable to make payments according to the present terms of my loan(s). I understand that accrued and unpaid interest will be capitalized at the expiration of the MGRS or Forbearance period, and included in a new repayment schedule. This new repayment schedule will decrease my repayment period and increase my monthly payment amount.

I understand this request and all supporting documentation will remain the property of the lender, its agent, and/or TERI. The owner reserves the right to obtain a copy of my credit report. Additional debt incurred or preferential payments to other creditors could result in the denial or termination of my forbearance request. I understand that should my situation under which I applied for Forbearance change, I must immediately notify AES Graduate and Professional Services. The above information is true and correct to the best of my knowledge. I understand that misrepresentation may lead to the denial of my request. I have read and understand and agree to the terms of this request. If I selected MGRS, I understand that I have agreed to amend the repayment terms of the original promissory note for my private loans guaranteed by TERI.

**Borrower Signature** Pauline Z. Ditching **Date** 9/25/08

***SELECT EITHER MGRS OR ECONOMIC HARDSHIP FORBEARANCE, BUT NOT BOTH***

****ALL ITEMS MUST BE COMPLETED OR INDICATE "N/A", ANY INCOMPLETE ITEM WILL BE CAUSE FOR DENIAL.****

---

**THIS SECTION MUST BE COMPLETED FOR ACCOUNTS WITH CO-BORROWERS!**

**1st CO-BORROWER** Pauline Z. Ditching **TELEPHONE NUMBER** ( [redacted] -5096
**ACCOUNT NUMBER** [redacted]71915 **ALTERNATE PHONE NUMBER** ( ) N/A
**ADDRESS** [redacted] **EMPLOYER NAME** LEO Paper
**CITY** Seattle **STATE** WA **ZIP** 98107 **EMPLOYER TELEPHONE NUMBER** [redacted]-0708
**EMAIL ADDRESS** pauline8d@hotmail.com

**2nd CO-BORROWER** ____ **TELEPHONE NUMBER** ( ) ____
**ACCOUNT NUMBER** ____ **ALTERNATE PHONE NUMBER** ( ) ____
**ADDRESS** ____ **EMPLOYER NAME** ____
**CITY** ____ **STATE** ____ **ZIP** ____ **EMPLOYER TELEPHONE NUMBER** ( ) ____
**EMAIL ADDRESS** ____

SC-TFB1-PS 05

00043063120001551

p.

# RCES INSTITUTE

**Alternative Repayment Option Form**

**BORROWER ACCOUNT NUMBER** [redacted] 1915 / A6

**BORROWER NAME** Janelle Z Ditching

**ADDRESS** [redacted]

**CITY** SEATTLE **STATE** WA **ZIP CODE** 98125

**TELEPHONE NUMBER** ([redacted] - 0840

**ALTERNATE TELEPHONE NUMBER** (____) ____ - N/A

**WORK TELEPHONE NUMBER** (___) ____ - N/A

**EMAIL ADDRESS** jea992003@yahoo.com or mjzd@u.washington.edu

**Section 1:**

If your financial situation is making it hard to make timely payments on your TERI guaranteed education loan(s), you may want to consider a MODIFIED GRADUATED REPAYMENT SCHEDULE (MGRS). This schedule offers:

- 12 months of payments at 50% of the regular monthly principal and interest payment amount.
- 12 months of interest only payments equaling 31 days of interest.
- A return to full principal and interest payments for the balance of your loan period. These payments may be higher than your previous monthly payments due to the 24 months of reduced payments listed above.

____ Yes, I would like to apply for the MGRS (If you are applying for the MGRS, you may skip Section 2 and go to section 3.

X No, I am unable to make at least 50% of my regular monthly payment for the following reasons: I am currently in school full time and do not have a job currently. I would greatly appreciate time in which I can find employment.

**Section 2:**

If your financial difficulties prevent you from making timely payments under a Modified Graduated Repayment Schedule (MGRS) on your TERI guaranteed loan(s), you may be eligible for a Forbearance. Forbearance is granted at the owner's discretion for a few months as an alternative to regular monthly payments. The Forbearance is normally granted in increments of one to six months, with a maximum of twelve months during the life of the loan. The Forbearance period may be backdated to cover periods of delinquency, if any exist. However, any negative reports that were submitted to credit bureaus will not be removed if the Forbearance is granted retroactively.

X Yes, I hereby request a Forbearance for all of my private loans guaranteed by The Educational Resources Institute (TERI). If the Forbearance is being requested for specific loans, please list the first disbursement dates of each: loan # 315907 1915 1st disbursment date: 12/21/04

Number of months you are requesting Forbearance: 6 months

**Section 3:**
You must continue making your regular monthly payments until the Forbearance or MGRS has been approved. You will receive written notice of the approval or denial of this request, after it has been processed.

I certify that I am unable to make payments according to the present terms of my loan(s). I understand that accrued and unpaid interest will be capitalized at the expiration of the MGRS or Forbearance period, and included in a new repayment schedule. This new repayment schedule will decrease my repayment period and increase my monthly payment amount.

I understand this request and all supporting documentation will remain the property of the lender, its agent, and/or TERI. The owner reserves the right to obtain a copy of my credit report. Additional debt incurred or preferential payments to other creditors could result in the denial or termination of my forbearance request. I understand that should my situation under which I applied for Forbearance change, I must immediately notify AES Graduate and Professional Services. The above information is true and correct to the best of my knowledge. I understand that misrepresentation may lead to the denial of my request. I have read and understand and agree to the terms of this request. If I selected MGRS, I understand that I have agreed to amend the repayment terms of the original promissory note for my private loans guaranteed by TERI.

**Borrower Signature** [signature] **Date** 11/01/06

***SELECT EITHER MGRS OR ECONOMIC HARDSHIP FORBEARANCE, BUT NOT BOTH***

****ALL ITEMS MUST BE COMPLETED OR INDICATE "N/A", ANY INCOMPLETE ITEM WILL BE CAUSE FOR DENIAL.****

---

**THIS SECTION MUST BE COMPLETED FOR ACCOUNTS WITH CO-BORROWERS!**

**1st CO-BORROWER** Pauline Dicking **TELEPHONE NUMBER** [redacted]-7882
**ACCOUNT NUMBER** [redacted]1915 **ALTERNATE PHONE NUMBER** ( ) N/A
**ADDRESS** [redacted] **EMPLOYER NAME** LEO PAPER
**CITY** Seattle **STATE** WA **ZIP** 98109 **EMPLOYER TELEPHONE NUMBER** [redacted]-8801
**EMAIL ADDRESS** pauline8d@hotmail.com

**2nd CO-BORROWER** ____ **TELEPHONE NUMBER** ( ) ____
**ACCOUNT NUMBER** ____ **ALTERNATE PHONE NUMBER** ( ) ____
**ADDRESS** ____ **EMPLOYER NAME** ____
**CITY** ____ **STATE** ____ **ZIP** ____ **EMPLOYER TELEPHONE NUMBER** ( ) ____
**EMAIL ADDRESS** ____

SC-TFB2-PS 12/04

# DETAILED LIST OF REVENUE AND EXPENSE

| | TYPE OF MONTHLY INCOME | AMOUNT |
|---|---|---|
| 1 | Net Employment Income | 0 |
| 2 | Net Self-Employment | 0 |
| 3 | Investments (interest, dividends, rental income, etc) | 0 |
| 4 | Non-Taxable Income | 0 |
| 5 | Other: | 0 |
| 6 | Total (add items 1 through 5) | 0 |

| | TYPE OF MONTHLY EXPENSE | AMOUNT |
|---|---|---|
| 1 | Rent/Mortgage, Homeowner/Condominium Fees | 685.00 |
| 2 | Food | 200.00 |
| 3 | Utilities | 80.00 |
| 4 | Household Expenses | 100.00 |
| 5 | Clothing | 20.00 |
| 6 | Medical/Dental (non-reimbursable) | 20.00 |
| 7 | Insurance Premiums | 0 |
| 8 | Automobile Loan Payments | 0 |
| 9 | Transportation Expenses | 100 |
| 10 | Student Loan Payments | IN-SCHOOL STATUS |
| | Name of Creditor / Monthly Payments | |
| | Total (for item 10.) (if additional space is needed, please attach a separate sheet of paper) | 0 |
| 11 | Credit Card Payments | 0 |
| | Name of Creditor / Monthly Payments | |
| | Total (for item 11.) (if additional space is needed, please attach a separate sheet of paper) | 0 |
| 12 | Other Ordinary and Necessary Living Expenses | 0 |
| 13 | TOTAL (for items 1. through 12.) | 1705.00 |

**Please return completed form to:**
**AES • P.O. Box 2461 • Harrisburg, PA 17105-2461**
**Fax:**
**717-720-2774 or 717-720-3931**

# Exhibit E

Exhibit E

| | |
|---|---|
| **Confirmation Number:** | [redacted]6552 |
| **Borrower Social Security Number:** | [redacted]9633 |
| **Authenticated User Social Security Number:** | [redacted]9633 |
| **Payment Option:** | Option 1 |
| **Payment Amount:** | $250.00 |
| **Status:** | Submitted - Record Submitted for Payment |
| **Borrower Name:** | JANELLE Z DITCHING |
| **Authenticated User Name:** | JANELLE DITCHING |
| **Name on Bank Account:** | janelle ditching |
| **Bank Information:** | **ABA:**[redacted] **Account:**[redacted] **Type:** Checking |
| **Payment Date:** | 01/04/2012 |
| **Date Entered:** | 01/04/2012 06:37 PM |
| **Date Submitted:** | 01/05/2012 07:50 PM |
| **Last Status Change:** | 01/05/2012 **User Id:** OPSBATCH |
| **Email Address:** | jea992003@yahoo.com |
| **IP Host:** | 24.17.244.160 |
| **IP Address:** | 24.17.244.160 |

**Status History**

| User ID | Date/Time | Status Code | Category | Description |
|---|---|---|---|---|
| 355789633 | 01/04/2012 06:37:32 PM | PEN | Pending | Pending Record |
| OPSBATCH | 01/05/2012 03:37:24 PM | REL | Released | Ready for Processing |
| OPSBATCH | 01/05/2012 07:50:50 PM | SUB | Submitted | Record Submitted for Payment |

**Notification of Change:** No

**Notification of Change Code:**

Back to Search Back to List

| | |
|---|---|
| **Confirmation Number:** | [redacted]1392 |
| **Borrower Social Security Number:** | [redacted]9633 |
| **Authenticated User Social Security Number:** | [redacted]9633 |
| **Payment Option:** | Option 1 |
| **Payment Amount:** | $250.00 |
| **Status:** | Submitted - Record Submitted for Payment |
| **Borrower Name:** | JANELLE Z DITCHING |
| **Authenticated User Name:** | JANELLE DITCHING |
| **Name on Bank Account:** | janelle ditching |
| **Bank Information:** | **ABA:**[redacted] **Account:**[redacted] **Type:** Checking |
| **Payment Date:** | 12/08/2011 |
| **Date Entered:** | 12/08/2011 12.38 AM |
| **Date Submitted:** | 12/08/2011 07.45 PM |
| **Last Status Change:** | 12/08/2011 **User Id:** OPSBATCH |
| **Email Address:** | jea992003@yahoo.com |
| **IP Host:** | 24.17.244.160 |
| **IP Address:** | 24.17.244.160 |

**Status History**

| User ID | Date/Time | Status Code | Category | Description |
|---|---|---|---|---|
| 355789633 | 12/08/2011 12.38.27 AM | PEN | Pending | Pending Record |
| OPSBATCH | 12/08/2011 03:35:33 PM | REL | Released | Ready for Processing |
| OPSBATCH | 12/08/2011 07:45.53 PM | SUB | Submitted | Record Submitted for Payment |

**Notification of Change:** No

**Notification of Change Code:**

Back to Search   Back to List

| | |
|---|---|
| Confirmation Number: | [redacted]7861 |
| Borrower Social Security Number: | [redacted]9633 |
| Authenticated User Social Security Number: | [redacted]9633 |
| Payment Option: | Option 1 |
| Payment Amount: | $100.00 |
| Status: | Submitted - Record Submitted for Payment |
| Borrower Name: | JANELLE Z DITCHING |
| Authenticated User Name: | JANELLE DITCHING |
| Name on Bank Account: | Janelle Ditching |
| Bank Information: | ABA: [redacted] Account: [redacted] Type: Checking |
| Payment Date: | 10/28/2011 |
| Date Entered: | 10/28/2011 02:31 PM |
| Date Submitted: | 10/28/2011 07:45 PM |
| Last Status Change: | 10/28/2011 User Id: OPSBATCH |
| Email Address: | jea992003@yahoo.com |
| IP Host: | 67.137.20.154 |
| IP Address: | 67.137.20.154 |

Status History

| User ID | Date/Time | Status Code | Category | Description |
|---|---|---|---|---|
| 355789633 | 10/28/2011 02:31:58 PM | PEN | Pending | Pending Record |
| OPSBATCH | 10/28/2011 03:35:12 PM | REL | Released | Ready for Processing |
| OPSBATCH | 10/28/2011 07:45:32 PM | SUB | Submitted | Record Submitted for Payment |

Notification of Change: No

Notification of Change Code:

Back to Search    Back to List