Richard J. Wotipka  
BROADWAY LAW GROUP  
707 East Harrison  
Seattle, WA 98102  
(206) 623-2020  
rjw@bwseattlelaw.com

Honorable Timothy W. Dore  
Hearing Date: January 17, 2018  
Hearing Time: 9:30 a.m.  
Response Date: January 10, 2018

IN THE UNITED STATES BANKRUPTCY COURT  
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re:<br><br>MARY JANELLE DITCHING,<br><br>Debtor. | ) No. 17-15012-TWD<br>)<br>) DEBTOR'S REPLY TO<br>) CREDITOR'S OPPOSITION TO<br>) OMNIBUS OBJECTION<br>) TO STUDENT LOAN CLAIMS<br>) NO.'S 1-3 BASED UPON<br>) FORGED SIGNATURES |

COMES NOW Mary Janelle Ditching, the debtor herein, and hereby replies to the opposition documents filed (ECF no.'s 15, 17) in response to debtor's Omnibus Objection to Student Loan Claims No.'s 1-3 Based Upon Forged Signatures as follows:

The opposition documents filed in response to debtor's Omnibus Objection to Student Loan Claims No.'s 1-3 Based Upon Forged Signatures include a declaration (ECF no. 15) which contains factual assertions that conflict with the factual assertions contained in the debtor's own declaration (ECF no. 10) filed in support of the debtor's Omnibus Objection to Student Loan Claims No.'s 1-3 Based Upon Forged Signatures. The conflicting declarations submitted by the opposing parties create factual issues that require an evidentiary hearing for proper resolution. An opportunity for formal discovery should be afforded to the parties. Accordingly, the debtor requests that the Court enter an order setting this matter for an evidentiary hearing and setting deadlines.

REPLY - 1

BROADWAY LAW GROUP, PLLC  
707 E. HARRISON ST.  
Seattle, Washington 98102  
(206) 623-2020  
Fax (206) 682-6188

Case 17-15012-TWD    Doc 18    Filed 01/10/18    Ent. 01/10/18 15:12:59    Pg. 1 of 2

Respectfully submitted this 10th day of January, 2018

BROADWAY LAW GROUP

 S/ Richard J. Wotipka
Richard J. Wotipka, WSBA #12014
Attorney for Debtor Mary Janelle Ditching

REPLY - 2

BROADWAY LAW GROUP, PLLC
707 E. HARRISON ST.
Seattle, Washington 98102
(206) 623-2020
Fax (206) 682-6118